1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KIRIVUDY SOY,                      Case No. CV 17-1886 PSG (SS)

12                  Petitioner,         **ORDER ACCEPTING FINDINGS,**

13        v.                            **CONCLUSIONS AND**

14   SHAWN HATTON, Warden,              **RECOMMENDATIONS OF UNITED**

15                  Respondent.         **STATES MAGISTRATE JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

18   Amended Petition, all the records and files herein, the Report and

19   Recommendation of the United States Magistrate Judge, and

20   Petitioner's Objections. After having made a de novo determination

21   of the portions of the Report and Recommendation to which

22   Objections were directed, the Court concurs with and accepts the

23   findings and conclusions of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that the First Amended Petition is denied and
2    Judgment shall be entered dismissing this action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on counsel for Petitioner and on
6    counsel for Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10   DATED:   9/12/18

11                                    _____
                                      PHILIP S. GUTIERREZ
12                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28